1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
AMAZON.COM INC, et al.,                          )
                                                 )
                          Plaintiffs,            )
                                                 )
            v.                                   )
                                                 )
SUPERIORLEATHER, et al.,                         )
                                                 )
                          Defendants.            )
_____)

No. C22-1207RSL

ORDER VACATING ORDER

On September 1, 2022, Judge Tana Lin issued a Standing Order in the above

entitled case, Dkt. # 7.  On September 14, 2022, the case was reassigned to Judge Robert S.

Lasnik.

The Standing Order at Dkt. # 7, is hereby VACATED.

DATED this 14th day of September, 2022.

_____
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER